HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-Mail: Hilary_Potashner@fd.org)
CALLIE GLANTON STEELE (Bar No. 155442)
Senior Litigator
(E-Mail: Callie_Steele@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JIAN SHENG TAN

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIAN SHENG TAN,<br><br>Defendant. | Case Nos. CR 14-702-ODW<br>CR 15-103-ODW<br>CR 15-701-ODW-2<br><br>**ORDER DENYING CONTINUING SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued from Monday, January 14, 2019, at 10:00 a.m., to Monday, March 11, 2019, at 10:00 a.m.

Dated: _December 28, 2018

**DENIED BY ORDER OF THE COURT**
HONORABLE OTIS D. WRIGHT
United States District Judge

Presented by:

 */s/ Callie Glanton Steele*                .
Callie Glanton Steele
Senior Litigator