FILED

AUG 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JIAN SHENG TAN, AKA Raymond, AKA Raymond Tan,<br><br>Defendant-Appellant. | Nos. 19-50327<br>         19-50328<br>         19-50329<br><br>D.C. Nos. 2:15-cr-00701-ODW-2<br>              2:15-cr-00103-ODW-2<br>              2:14-cr-00702-ODW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellant's unopposed motion for voluntary dismissal of these consolidated appeals (Docket Entry No. 13 in Appeal No. 19-50327, Docket Entry No. 13 in Appeal No. 19-50328, and Docket Entry No. 14 in Appeal No. 19-50329) is granted. These appeals are dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nitzana Alzalde
Deputy Clerk
Ninth Circuit Rule 27-7